United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL ACTION NO. 4:24-CR-00543-001 |
| VS. | § |
| | § |
| JOHN M PFEFFER | § |

### ORDER

Defendant's Opposed Motion for Revocation of Detention Order is **DENIED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on April 2, 2025.

_____
Keith P. Ellison
United States District Judge