**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | §    **CRIMINAL ACTION NO. 4:24-CR-** |
| **VS.** | § 00543 |
| | § |
| **JOHN M PFEFFER,** *et al.*, | § |
| | § |
| **Defendants.** | § |

## <u>NOTICE OF SETTING</u>

Hearing: Motion hearing


Date: 8/29/25

Time: 2:00 p.m.


Has been set before:

Judge Keith P. Ellison


ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.

Enter Meeting ID: 160 7362 7986#

No participant ID − press #, Followed by Passcode: 3716#.


Nathan Ochsner, Clerk                          Date: August 20, 2025


By Deputy Clerk: A. Rivera