UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**JOHN M. PFEFFER**,<br><br>　　　　　　　Defendant. | **Case No.** 24-00543-01-CR-H-KPE |

### NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

The United States of America, by and through its undersigned attorneys, hereby notifies the Court and the parties that it has elected not to seek the punishment of death against defendant **JOHN M. PFEFFER** for the capital crime charged in the Superseding Indictment filed in the above-captioned matter on April 10, 2025. (D.E. 252.) Specifically, the Government elects not to seek the punishment of death as to **JOHN M. PFEFFER** for the following offense charged in the Superseding Indictment returned on April 10, 2025: Count Five, charging **JOHN M. PFEFFER** with using, carrying, brandishing, discharging, and possessing a firearm during and in relation to a crime of violence resulting in death, in violation of 18 U.S.C. §§ 924(j) and 2;

　　　　　　　　　　　　　　　　　　NICHOLAS J. GANJEI
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Southern District of Texas

　　　　　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　　　Byron H. Black
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 2300
　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　Telephone: (713) 567-9734
　　　　　　　　　　　　　　　　　　Email: Byron.Black@usdoj.gov

/s/ Kelly Zenón-Matos
Kelly Zenón-Matos
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9362
Email: kelly.zenon@usdoj.gov

/s/ Grace Bowen
Grace Bowen
Trial Attorney
Violent Crime and Racketeering Section
1301 New York Ave NW
Washington, DC 20005
Telephone: (202) 365-5795
Email: grace.bowen2@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 23, 2025, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

Byron H. Black
Assistant United States Attorney